SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
tkennedy@sheppardmullin.com
MARLENE M. NICOLAS, Cal. Bar No. 245298
mnicolas@sheppardmullin.com
ANNA M. STANCU, Cal. Bar No. 288283
astancu@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendant WELLS FARGO BANK, N.A. (erroneously sued as Wells Fargo & Company)

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMI BACHOUR,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO & COMPANY, and Does 1 through 10, inclusive,<br><br>  Defendants. | U.S.D.C. Case No. <u>CV-14-04746-ODW(Ex)</u><br><br>Superior Court Case No.: <u>BC546146</u><br><br>[~~PROPOSED~~] ORDER TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT CASE NUMBER BC 546146, AND TO PERMIT NAME CHANGE<br><br>Complaint filed: May 20, 2014<br>Trial Date:      None Set |

## ORDER

The Court, having considered the parties' stipulation, and finding it supported by good cause, hereby orders as follows:

-1-

SMRH:427382749.1                [PROPOSED] ORDER TO REMAND CASE TO L.A. CO. SUPERIOR COURT CASE NO. BC 546146 & TO PERMIT NAME CHANGE

1. Defendant Wells Fargo & Company's name is ordered CHANGED to Wells Fargo Bank, N.A.;
2. Plaintiff Rami Bachour has released and discharged any and all claims against defendants Omid Noori and Dale Canfield who have yet to be served in this matter; and
3. The Court REMANDS this case to the Los Angeles County Superior Court, Case Number BC546146. The Clerk of this Court shall close this case.

**IT IS SO ORDERED.**

Dated: July __18__, 2014

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

```
cc:; order, docket, remand letter to
Los Angeles Superior Court, No. BC 546146.
```

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On July 18, 2014, I served true copies of the following document(s) described as **[PROPOSED] ORDER TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT CASE NUMBER BC 546146, AND TO PERMIT NAME CHANGE** on the interested parties in this action as follows:

Daniel K. Kramer, Esq.
Kramer Holcomb Sheik LLP
1801 Century Park East, Suite 1100
Los Angeles, CA 90067

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address crios@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 18, 2014, at Los Angeles, California.

/s/ *Jennifer Rodriguez*
Jennifer Rodriguez

SMRH:425654767.1